BUNCE, Respondent, vs. GRAND & SIXTH BUILDING, INC., and another, Appellants.

*October 16—November 10, 1931.*

For the appellant Midwesco Theatres, Inc., there was a brief by *Fish, Marshutz & Hoffman,* attorneys, and *I. A. Fish* of counsel, all of Milwaukee, and oral argument by *Mr. Fish.*

For the appellant Grand & Sixth Building, Inc. there was a brief by *Barry & Rosenheimer* of Milwaukee, and oral argument by *John S. Barry.*

For the respondent there was a brief by *Gold & McCann,* attorneys, and *W. G. Sullivan* of counsel, all of Milwaukee, and oral argument by *Ray T. McCann.*

FOWLER, J.   The action is by a husband to recover the damages sustained by him through personal injuries sustained by his wife.   It is ruled by the case of the wife, Mary E. Bunce, against the above named defendants, decided herewith (*ante,* p. 100, 238 N. W. 867).

*By the Court*—The judgment of the circuit court is affirmed.